RECEIVED

2008 JAN 17 PM 11:34

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08cr0151-IEG |
| | CRIMINAL NO. 07mj 2941 |
| vs. | ORDER |
| Erin Nicole Tovar | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 06764298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Aranda-Bahena

DATED: 1-17-08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082