FILED
JAN 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ERIN NICOLE TOVAR (1), RENEE CARLEN LEWIS (2), Defendants. | Criminal Case No. 08CR0151-IEG<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about December 18, 2007, within the Southern District of California, defendants ERIN NICOLE TOVAR and RENEE CARLEN LEWIS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Daniel Ramirez-Serrano, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: January 17, 2008

KAREN P. HEWITT
United States Attorney

Charlotte E. Kaiser for
DAVID D. LESHNER
Assistant U.S. Attorney

DDL:mg:San Diego
1/11/08