MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Tovar, Erin (1), Lewis, Renee (2) No. 08CR 0151-IEG

The Court finds excludable delay, under the section indicated by check ( √ ),
commenced on 2/7/08 and ended on 5/5/08 ; (X7, XT1)
and ended on . ( )

| 3161(h) | | | |
|---|---|---|---|
| ___(1)(A) | Exam or hrg for mental or physical incapacity | A | |
| ___(1)(B) | NARA examination (28:2902) | B | |
| ___(1)(D) | State or Federal trials or other charges pending | C | |
| ___(1)(E) | Interlocutory appeals | D | |
| ___(1)(F) | Pretrial motions (from flg to hrg or other prompt dispo) | E | |
| ___(1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) | F | |
| ___(1)(J) | Proceedings under advisement not to exceed thirty days | G | |
| ___ | Misc proc: Parole or prob rev, deportation, extradition | H | |
| ___(1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 | |
| X (1)(I) | Consideration by Court of proposed plea agreement | 7 (circled) | |
| ___(2) | Prosecution deferred by mutual agreement | I | |
| ___(3)(A)(B) | Unavailability of defendant or essential witness | M | |
| ___(4) | Period of mental or physical incompetence of defendant to stand trial | N | |
| ___(5) | Period of NARA commitment or treatment | O | |
| ___(6) | Superseding indictment and/or new charges | P | |
| ___(7) | Defendant awaiting trial of co-defendant when no severance has been granted | R | |
| ___(8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T | |
| X (8)(B)(I) | 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)<br>2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) | T1 (circled) | |
| ___(8)(B)(ii) | 2) Case unusual or complex | T2 | |
| ___(8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty (30) days | T3 | |
| ___(8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) | T4 | |
| ___3161(I) | Time up to withdrawal of guilty plea | U | |
| ___3161(b) | Grand jury indictment time extended thirty (30) more days | W | |

Date 2-7-08

IEG
Judge's Initials