PROB 12B
(04/08)

July 10, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 15 PM 4:30

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Renee Carlen LEWIS (English) **Dkt No.:** 08-CR-0151-002-IEG

**Name of Sentencing Judicial Officer:** The Honorable Irma E. Gonzalez, Chief U.S. District Judge

**Sentence:** Time served (182 days custody), 2 years supervised release ( (*Special Conditions: See Attached Judgment and Commitment Order.)*

**Date of Sentence:** June 16, 2008 **Date Supervised Release Commenced:** June 16, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.** *(nv21)*

**Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of 5 months.** *(nv24)*

**Delete: Remain in your place of residence for a period of 5 months, except while working at verifiable employment, attending religious services or undergoing medical treatment. No GPS monitor. May attend daughter's 6th grade graduation.**

## CAUSE

During the initial supervision interview on June 26, 2008, Ms. Lewis disclosed to the probation officer she had been using amphetamine and/or methamphetamine for approximately two years prior to her arrest in the underlying matter. The offender also expressed concern that she did not have employment or a stable residence.

In response to the two above issues, the undersigned recommends Ms. Lewis participate in drug testing (and treatment if necessary) in an effort to encourage her sobriety and enter a residential re-entry center (RRC) to satisfy the home confinement requirement imposed at the time of sentencing. Entering a RRC will also assist the offender in preparing for a seamless transition into the community. Ms. Lewis is in agreement with the modification and has signed the attached waiver of hearing form.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: July 10, 2008**

Respectfully submitted:

by [signature]
Carlos Hernandez
United States Probation Officer
(619) 557-5862

Reviewed and approved:

[signature]
Cynthia M. Poblete
Supervising U.S. Probation Officer

Attachments

**THE COURT ORDERS:**

X The Modification of Conditions as Noted Above

_______ Other ______________________________

[signature]
The Honorable Irma E. Gonzalez
Chief U.S. District Judge

7/11/08
Date